# Court of Appeals
# of the State of Georgia

ATLANTA, _December 21, 2012_

*The Court of Appeals hereby passes the following order:*

**A13A0487. JENKINS v. THE STATE.**

Horace Jenkins filed this appeal of the order denying his motion to dismiss the indictment for violation of his constitutional right to a speedy trial. The state has moved to dismiss the appeal because of Jenkins's failure to follow the interlocutory appeal procedure of OCGA § 5-6-34 (b). See *Sosniak v. State*, __ Ga. __ (__ SE2d __) (Case No. S12A0799, decided Nov. 19, 2012). The state's motion is ***GRANTED*** and this appeal is hereby ***DISMISSED***. *Stevens v. State*, __ Ga. __ (__ SE2d __) (Case No. S12A1795, decided Nov. 27, 2012).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _12/21/2012_
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*